THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVON BROWN,

    Petitioner,

v.

WARDEN J. BALTAZAR,

    Respondent.

3:18-CV-1237
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _8th_ DAY OF MAY, 2019, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 13) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 13) is **ADOPTED** for the reasons discussed therein.

2. Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge